# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141511 & (33)(34)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

ANGELA RHEAUME,
        Plaintiff-Appellant,

v

STATE FARM AUTOMOBILE INSURANCE
COMPANY,
        Defendant-Appellee.

SC: 141511
COA: 298524
Wayne CC: 09-031672-NF

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

y0830